**Order entered October 28, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01010-CR

**BRIAN KEITH CHITWOOD II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F06-29453-V**

## ORDER

Appellant's October 26, 2015 first unopposed motion to extend the time to file appellant's brief is **GRANTED**.  The time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the date of this order.


/s/      LANA MYERS
JUSTICE